UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:18-cr-602-T-24SPF

MELANIE MARSHALL
_____/

**O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that:

(1) the Magistrate Judge's Report and Recommendation (Doc. 86) is **ADOPTED AND INCORPORATED** by reference in this Order of the Court;[1] and

(2) The Court finds Defendant Melanie Marshall is competent to proceed to trial.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of June 2020.

_____
SUSAN C. BUCKLEW
United States District Judge

*Copies to:*
The Honorable Sean P. Flynn
Counsel of Record

---

[1] Neither the Defendant nor the Government filed objections to the Report and Recommendation, and counsel confirmed their non-objection to the same during a video conference held on June 4, 2020.